

**ORDERED in the Southern District of Florida on March 5, 2020.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                 Case No. 13-32897-AJC

GONZALO ORLANDO FLOREZ,                             Chapter 13

    Debtor.
_____/

**<u>AGREED ORDER RESOLVING DEBTOR'S MOTION TO REOPEN TO ENFORCE THE ORDER GRANTING MOTION TO APPROVE LOSS MITIGATION AGREEMENT WITH LENDER AND TO ENFORCE THE FINAL MODIFICATION AGREEMENT</u>**

This matter came before the Court upon Debtor's Motion to Reopen to Enforce the Order Granting Motion to Approve Loss Mitigation Agreement with Lender and to Enforce the Final Modification Agreement (the "Motion") [ECF No. 86]. The Court, being advised of the agreement of the parties and otherwise being fully advised in the premises hereby **ORDERS** as follows:

1.    The Motion is **DENIED as MOOT**,[1] subject to the terms of this Order.

2.    The hearing set for March 24, 2020 is hereby **CANCELED**.

---

[1] The parties have amicably resolved the issues raised in the Motion. As such, the Motion is denied as moot.

3. The current principal balance that remains outstanding as of March 3, 2020 is $49,461.64.

4. PHH Mortgage Corporation (formerly Ocwen Loan Servicing, LLC) is hereby ordered to pay attorney's fees in the amount of **$4,490.20** to Robert Sanchez, P.A.'s Trust Account within 30 days from the date of this order and shall send payment to the following address: Robert Sanchez, P.A., 355 W 49th Street, Hialeah, FL 33013.

5. Robert Sanchez, P.A. shall provide PHH Mortgage Corporation with an executed w-9 tax form forthwith.

6. The Court retains jurisdiction to enforce and implement the terms and provisions of this Order, and enter further orders as are proper.

###

Submitted by:

Ezequiel J. Romero, Esq.
Bryan Cave Leighton Paisner LLP
*Attorney for PHH Mortgage Corporation formerly Ocwen Loan Servicing, LLC*
200 S. Biscayne Blvd., Suite 400
Miami, FL 33131
786-322-7399
E-mail: romeroe@bclplaw.com
Florida Bar No. 107216

Ezequiel J. Romero, Esq. is directed to serve a copy of this Order on interested parties and file a Certificate of Service with the Court.